# Court of Appeals
# of the State of Georgia

ATLANTA,   May 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1804.  ROBERTA M. WISE v. B & N TRUCKING, INC.**

Roberta M. Wise filed this direct appeal from a superior court order, which affirmed the ruling of the State Board of Workers' Compensation.[1] We lack jurisdiction. An appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. OCGA § 5-6- 35 (a) (1); *Adivari v. Sears, Roebuck & Co.* 221 Ga. App. 279 (471 SE2d 59) (1996). Because Wise failed to follow the proper appellate procedure, her appeal is hereby DISMISSED for lack of jurisdiction.  See *Adivari*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Wise appealed to the Supreme Court, which transferred the appeal to this Court.